In the Matter of DAVID MAYBERG, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Appellants.

(Argued October 6, 1936; decided October 20, 1936.)

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), for Board of Standards and Appeals, appellant.

*Joseph E. Kinsley, August P. Klein* and *Elizabeth M. Duffy* for The Bronx Savings Bank, appellant.

*I. Maurice Wormser* and *Bernard Cohen* for respondent.

Order affirmed, with costs; no opinion. (See 272 N. Y. 641.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.